# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00181-CV

**Wells Fargo Bank, N.A., Appellant**

**v.**

**Louis Pomerance, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-07-002618, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Wells Fargo Bank, N.A., and appellee Louis Pomerance filed a joint motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a). We grant the motion and dismiss the appeal.

_____

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Joint Motion

Filed:   May 29, 2008